FILED
CLERK, U.S. DISTRICT COURT
JUL 17 2008
CENTRAL DISTRICT OF CALIFORNIA
BY      DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE W. PORTILLO,<br>　　　　Petitioner,<br>　v.<br>JOHN MARSHALL, Warden,<br>　　　　Respondent. | Case No. CV 06-2152-RSWL (JCR)<br>JUDGMENT |

　　Pursuant to the Order of the Court approving the recommendations of the United States Magistrate Judge, and adopting the same as the facts and conclusions of law herein,

　　IT IS ADJUDGED that: (1) the instant Petition for Writ of Habeas Corpus ("Petition") be granted with respect to the portions of claim two of the Petition that specifically pertain to the trial court's imposition of consecutive sentences on counts one through six of the Amended Information; (2) the Los Angeles County

\\
\\
\\

Superior Court re-sentence Petitioner on counts one through six of the Amended Information; and (3) the remainder of the Petition is dismissed with prejudice.

DATED: July 17, 2008

RONALD S.W. LEW
Senior United States District Judge