FILED
CLERK, U.S. DISTRICT COURT
NOV - 7 2011
CENTRAL DISTRICT OF CALIFORNIA
BY                    DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| JOSE W. PORTILLO,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>JOHN MARSHALL, Warden,<br><br>　　　　Respondent. | Case No. CV 06-2152-RSWL(AJW)<br><br>JUDGMENT |

Pursuant to the order of the Ninth Circuit Court of Appeals, it is hereby adjudged that the petition for a writ of habeas corpus is denied.

Dated: 11-7-11

Ronald S.W. Lew
United States District Judge